IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-4-D

BASAL HASSAN,

    Plaintiff,

v.

AFFORDABLE DENTURES &
IMPLANTS - KENTUCKY, PLLC,
and AFFORDABLE CARE, LLC,

    Defendants.

**ORDER**

The court reviewed defendants' motion to dismiss under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–78 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555–63, 570 (2007); Coleman v. Md. Court of Appeals, 626 F.3d 187, 190 (4th Cir. 2010), aff'd, 566 U.S. 30 (2012); Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc., 591 F.3d 250, 255 (4th Cir. 2009); Giarratano v. Johnson, 521 F.3d 298, 302 (4th Cir. 2008). Whether plaintiff's claims will survive a motion for summary judgment is an issue for another day. For now, the contested claims eke across the plausibility line. Thus, the court DENIES defendants' motion to dismiss [D.E. 8].

SO ORDERED. This the 4 day of April, 2023.

JAMES C. DEVER III
United States District Judge